# EXHIBIT A

1758038v1

23310

Civil Action No. 09-CV-2625-2

Date Filed 11-[illegible]

Superior Court ☑
State Court ☐

Georgia, DOUGHERTY COUNTY

Attorney's Address (229) 436-7824

**James N. Finkelstein**
Attorney at Law
**606 Baldwin Drive**
**Albany, Georgia 31707**

Name and Address of Party to be Served
Waffle House, Inc.
Greg Nelson as Registered Agent
[illegible] Financial Dr.
Norcross, GA 30071

_____ Plaintiff
[Miller Cole]

VS.

Waffle House, Inc.
Kyle Jeccrs[?]
_____ Defendant

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows age, about ___ years; weight, about ___ pounds; height, about ___ feet and ___ inches, domiciled at the residence of defendant.

**CORPORATION** ☑ Served the defendant Waffle House, Inc. a corporation by leaving a copy of the within action and summons with Ginger Cooksey in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 17 day of Dec, Yr. 2009.

1-6pm      Higgins 50591

SHERIFF DOCKET _____ PAGE _____

DEPUTY
[redacted] COUNTY, GEORGIA

Gwinnett

WHITE: Clerk   CANARY: Plaintiff Attorney   PINK: Defendant

ST-2 Rev. 85

IN THE SUPERIOR COURT OF DOUGHERTY COUNTY

STATE OF GEORGIA

| | |
|---|---|
| AMBER DIANE SOUTH, } | |
| Plaintiff, } | CIVIL ACTION |
| v. } | DOCKET NO. 09-CV-3035-2 |
| WAFFLE HOUSE, INC., and } | |
| DOYLE SPEARS, } | 2nd original |
| Defendants. } | |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Plaintiff's attorney, whose name and address is:

**JAMES FINKELSTEIN**
**ATTORNEY AT LAW**
**606 BALDWIN DRIVE**
**ALBANY, GEORGIA 31707**
**(229) 436-7824**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. If you are a corporation, be advised that Georgia law requires that you be represented by an attorney in this matter.

This 30 day of ~~December~~ november, 2009.

Clerk,

_A. Elaine Pels_
Superior Court of DOUGHERTY County

IN THE SUPERIOR COURT OF DOUGHERTY COUNTY

STATE OF GEORGIA

FILED
2009 NOV 30 PM 12:54

EVONNE S. PULL
DOUGHERTY COUNTY
CLERK OF COURTS

| | | |
|---|---|---|
| AMBER DIANE SOUTH, | } | |
| Plaintiff, | } | CIVIL ACTION |
| v. | } | DOCKET NO. 09-CV-3035-2 |
| WAFFLE HOUSE, INC., and | } | |
| DOYLE SPEARS, | } | |
| Defendants. | } | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION AND SEXUAL HARASSMENT

1.

Plaintiff AMBER DIANE SOUTH is an 18 year old female who reached her majority on May 29, 2009. She is sui juris and resides in the State of Georgia.

2.

Plaintiff is a former employee of Defendant WAFFLE HOUSE, INC. (hereinafter referred to as "WAFFLE HOUSE") which is a Georgia business corporation which operates a business in DOUGHERTY County, Georgia and other counties in the State.

3.

Defendant WAFFLE HOUSE, INC. employs over 15 employees, and is an employer as defined in 42 U. S. C. Section 2000e.

4.

On or about December 2, 2007, Plaintiff was employed by WAFFLE HOUSE under the direct supervision of restaurant manager DOYLE SPEARS.

5.

Defendant DOYLE SPEARS (hereinafter "SPEARS") is a male, sui juris, whose current residence is unknown to Plaintiff, who will diligently attempt to ascertain his whereabouts to effect service of process. SPEARS was at all times pertinent to this lawsuit an employee of Defendant WAFFLE HOUSE employed as a supervisor over Plaintiff.

6.

Both defendants are subject to the jurisdiction of this Court.

7.

Plaintiff was employed by Defendant WAFFLE HOUSE from October of 2007, in the capacity as a waitress, until she resigned, which occurred on or about December 4, 2007.

8.

Plaintiff shows that she resigned because she was the victim of sexual harassment and outrageous conduct on or about December 2, 2007, by Defendant SPEARS, who was the restaurant manager employed by Defendant WAFFLE HOUSE and who was Plaintiff's direct supervisor at the time.

9.

Plaintiff shows that on the aforementioned date, Defendant SPEARS made explicit sexual requests to Plaintiff, who was 16 years old at the time, and that he sent her sexually explicit cell phone video messages which were outrageous.

10.

Plaintiff shows that all of the aforementioned occasions were unwelcome and were without her consent.

11.

Plaintiff shows that she resigned from her job because of the harassment by Defendant SPEARS.

12.

Plaintiff shows that WAFFLE HOUSE was aware or, in the ordinary course of business, should reasonably have been aware, that SPEARS had acted this way or in similar fashion towards WAFFLE HOUSE employees on other occasions and at other restaurant locations.

13.

Plaintiff shows that she, through her mother and legal guardian, reported the outrageous conduct of SPEARS to WAFFLE HOUSE on or about December 4, 2007.

14.

Plaintiff shows that WAFFLE HOUSE continued to employ SPEARS for at least 12 weeks after this report was made, and that he continued to sexually harass other WAFFLE HOUSE employees in that period.

15.

Plaintiff filed a charge of discrimination against Defendant WAFFLE HOUSE with the United States Equal Employment Opportunity Commission (EEOC) on or about March 5, 2008. A copy of the complaint is attached hereto as Plaintiff's Exhibit 1.

*PAGE 3: AMBER DIANE SOUTH v. WAFFLE HOUSE & SPEARS- complaint*

16.

Plaintiff requested a notice of right to sue from the EEOC on or about August 12, 2009, and she is still awaiting same.

*******

## CAUSES OF ACTION

### COUNT I   TITLE VII

17.

Plaintiff shows that the above stated sexual harassment by Defendant SPEARS, acting in his capacity as Plaintiff's supervisor and as an employee for Defendant WAFFLE HOUSE, is in violation of Title VII of the Civil Rights Act of 1964, 42 U. S. C. Sec. 2000e et seq., and that she is entitled to back pay, compensatory damages for emotional distress and punitive damages, pursuant to the civil enforcement provisions of 42 U. S. C. sec. 2000e-5(g) and 42 USC Sec. 1981a.

**COUNT II:   GEORGIA TORT OF OUTRAGEOUS CONDUCT AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

18.

Plaintiff shows that the aforementioned actions of the Defendant SPEARS constitutes a tort and that both Defendants are liable to the Plaintiff in damages in tort under Georgia State law remedies for outrageous conduct and for the intentional infliction of emotional distress.

19.

Plaintiff is entitled to general damages, punitive damages for the intentional wrongs committed by Defendant SPEARS and WAFFLE HOUSE pursuant to OCGA Sec. 51-12-5.1., damages for

*PAGE 4:   AMBER DIANE SOUTH v. WAFFLE HOUSE & SPEARS- complaint*

the infliction of emotional distress, and equitable relief.

WHEREFORE, Plaintiff prays that this Court:

(a) assume jurisdiction of this action;

(b) pursuant to law, award her back pay;

(c) Award general damages of not less than $1,000,000, including damages for emotional distress;

(d) Award punitive damages of not less than $3,000,000;

(e) Award attorney's fees and costs pursuant to 42 U. S. C. Section 1988 and 42 USC Sec. 2000e-5(g);

(f) Permit the issues to be tried before a jury; and

(g) Grant such other relief as justice may require.

PREPARED BY:

JAMES FINKELSTEIN
Attorney for Plaintiff
Ga. Bar # 261375
606 Baldwin Drive
Albany, Georgia  31707
(229) 436-7824
facsimile: (229) 436-5657

PAGE 5:  AMBER DIANE SOUTH v. WAFFLE HOUSE & SPEARS- complaint

04-CV-5053-2

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA  ☒ EEOC | 410 2008 02565 |
|  | State or local Agency, if any | and EEOC |

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Amber Diane South | (229) 777-0955 |

| STREET ADDRESS CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 1973 Highway 112 N., Lot #19, Poulan, Georgia 31781 | 5/29/1991 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Waffle House, Inc. | More than 100 | (770) 729-5700 |

| STREET ADDRESS CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 5986 Financial Drive, Norcross, Georgaia 30071-2949 |  |

PLAINTIFF'S EXHIBIT 1

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

| RACE | COLOR | XX SEX | RELIGION | AGE | DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|---|---|---|---|
| RETALIATION | NATIONAL ORIGIN | DISABILITY | OTHER (Specify) | CONTINUING ACTION | December 2, 2007 |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My name is Amber Diane South. I am 16 years old. I started working at the Waffle House in Sylvester, Georgia in October of 2007 as a waitress. I performed my job properly and had no complaints about my performance. On December 2, 2007, the Waffle House, Inc. assigned a new manager to our restaurant, named Doyle Spears. Mr. Spears sexually harassed me on the job and off the job. He asked for my cell phone number the first day he met me, and within a day he began sending me obscene phone messages without my consent and against my will. He sent me messages saying he wanted me to give him a blow job and other disgusting things. He sang a song which is saved on my cell phone with a picture he sent of a woman performing oral sex. At work he told me wanted to bend me over the counter and flip me upside down and have sex with me (he used the "f" word) when he did. He said he wanted to eat me out all night long.

I became very emotionally upset and complained to higher management. Instead of firing him, they just transferred him to the Ashburn, Ga. Waffle House where he is most likely still doing this to other employees there.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

NOTARY PUBLIC, DOUGHERTY COUNTY GEORGIA
MY COMMISSION EXPIRES JANUARY 5, 2009

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

Amber South    December 1, 2007