IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| AMBER DIANE SOUTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. 1:10-CV-18-WLS |
| WAFFLE HOUSE, INC., and DOYLE | ) | |
| SPEARS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PROPOSED SCHEDULING / DISCOVERY ORDER**

COME NOW Plaintiff Amber Diane South ("Plaintiff") and Defendant Waffle House, Inc.

("Waffle House") through the undersigned counsel and submit the following Proposed Scheduling /

Discovery Order for consideration by the Court.  Counsel for these parties discussed and agreed upon

the contents of this Order in their Rule 26(f) conference on October 26, 2010.

**I.     APPEARANCES**

James Finkelstein
606 Baldwin Drive
Albany, Georgia 31707
Telephone: (229) 436-7824

Counsel for Plaintiff

Richard Gerakitis (Lead Counsel)
Jana L. Korhonen
Troutman Sanders LLP
600 Peachtree Street, N.E.
Suite 5200
Atlanta, Georgia  30308
Telephone: 404-885-3000

Robert D. Howell
Robert D. Howell, P.C.
P.O. Box 100
Moultrie, Georgia  31776
Telephone: 229-985-5300

Counsel for Defendant Waffle House

2215936v1

## II.    DEADLINES

The parties jointly propose the following deadlines:

A.    Initial Disclosures

The parties agree to exchange their Initial Disclosures under Fed. R. Civ. P. 26(a)(1) on or before November 24, 2010, which is 29 days after the parties' Rule 26(f) conference.

B.    Joinder of Parties and Amendments to Pleadings

Any amendment of the pleadings to assert any additional claims or joinder of a party shall be filed no later than November 24, 2010.

C.    Discovery Period

The parties have agreed that documents responsive to Waffle House Inc.'s Request for Production of Documents (served on February 26, 2010, after the parties' earlier Rule 26(f) conference) will be provided to Waffle House's counsel at the hearing on November 9, 2010.

All discovery (except for expert witness depositions) shall be completed no later than 180 days after the date of the Court's Scheduling Order.

D.    Motions

All dispositive motions must be filed 45 days after the close of discovery.

Motions *in Limine* shall be filed and served upon the opposing party on or before the date the proposed Pre-Trial Order shall be due.  Responses shall be due 21 days after service of a Motion *in Limine*.

E.      Expert Disclosures

Plaintiff's expert disclosure, if any, shall be made 60 days before the close of the discovery period.

Waffle House's expert disclosure, if any, shall be made 30 days before the close of the discovery period.

Supplemental expert disclosures, if any, shall be made 15 days before the close of discovery.

The parties agree not to conduct any depositions of expert witnesses until after the Court's ruling on any dispositive motions filed in this case.  The parties may otherwise engage in discovery concerning expert witnesses during the discovery period.

F.      Dates for Pre-Trial Conference

By Plaintiff:  The Court may determine a date for the parties' pre-trial conference, the deadline for submission of a Pre-Trial Order, and the date of a final pre-trial conference, if necessary.

By Waffle House:  In accordance with Local Rule 16.1.1, a pre-trial conference will be held after the close of the discovery period.  Waffle House proposes that the Pre-Trial Order be due 30 days after the Court's ruling on any summary judgment motion, if necessary.  A final pre-trial conference, if necessary, will be set by the Court to be held within 30 days after the parties submit the proposed Pre-Trial Order and at least 60 days before trial.

## III.    ADDITIONAL INFORMATION REQUESTED BY COURT

A.      Statement of the Issues:

Plaintiff

Whether Plaintiff is entitled to relief from Waffle House under Title VII of the Civil Rights Act of 1964 for sexual harassment by her supervisor, and the extent of her damages.

Whether Plaintiff is entitled to relief under Georgia State law remedieis for outrageous conduct and for intentional infliction of emotional distress, and the measure of her damages.

Waffle House

Whether Plaintiff is entitled to relief from Waffle House under Title VII of the Civil Rights Act of 1964 for alleged sexual harassment;

Whether Plaintiff is entitled to relief under the applicable common law for alleged intentional infliction of emotional distress and from whom;

Whether any of Waffle House's defenses prevent Plaintiff from recovering for her alleged claims and/or damages.

B.     Statement of the Essential Facts

Plaintiff

This is a case of sexual harassment and intentional infliction of emotional distress based on unwanted, uninvited, outrageous sexual overtures, both in person and via cell phone, by the supervisor of a (then) 16 year old girl working for Waffle House."

Waffle House

[To be inserted]

C.     Existence of Complex Issues(s) or Discovery Matter(s)

None.

D.     Existence and Identity of Any Related Cause of Action or Case

None.

E.     Statement of the Parties' Production or Plan for Production of Rule 26(a)(1) Disclosures

See supra Part II.A.

F.     Any Additional Matters

None.

## IV. PROCEDURAL HISTORY

Plaintiff's Complaint was filed in the Superior Court of Dougherty County on November 30, 2009.

Waffle House removed this case to this Court on January 19, 2010.

Waffle House filed its Answer to Plaintiff's Complaint on January 26, 2010.

Defendant Doyle Spears was served with Summons and Plaintiff's Complaint on March 8, 2010. Mr. Spears has not filed an Answer to Plaintiff's Complaint or otherwise appeared in this action.

## V. DISCOVERY

See supra Part II.C. The topics on which the parties anticipate discovery will be needed include the allegations in Plaintiff's Complaint, Waffle House's defenses, and Plaintiff's alleged damages.

## VI. ASSERTION OF PRIVILEGE AND/OR PROTECTION OF THE WORK-PRODUCT DOCTRINE

The inadvertent production in the course of discovery of any document shall not be deemed to waive whatever attorney-client privilege, work product protection or other privilege or immunity that would otherwise attach to the document or information produced or to other documents or other information, as long as the producing party or person, promptly after discovery, notifies the other party or parties of the claim or other protection or immunity. Upon such notice, the other party or parties shall promptly return or destroy all copies of the documents or information referred to, but such destruction shall not constitute an acknowledgement that the claimed document or information is in fact privileged or entitled to protections.

*[signatures contained on following page]*

2215936v1

6

Respectfully submitted this 2nd day of November, 2010.

/s/_____                       /s/ Jana L. Korhonen_____
James Finkelstein                         Richard Gerakitis (Lead Counsel)
606 Baldwin Drive                         Jana L. Korhonen
Albany, Georgia 31707                     Troutman Sanders LLP
Telephone: (229) 436-7824                 600 Peachtree Street, N.E.
                                          Suite 5200
Counsel for Plaintiff                     Atlanta, Georgia  30308
                                          Telephone: 404-885-3000

                                          Robert D. Howell (Lead Counsel)
                                          Robert D. Howell, P.C.
                                          P.O. Box 100
                                          Moultrie, Georgia  31776

                                          Counsel for Defendant Waffle House, Inc.

<u>**CERTIFICATION OF SIGNATURES**</u>

I certify that the originally executed document contains the signatures of all filers

indicated herein and therefore represents consent for submission of this document to the Court

via e-mail in Word format in accordance with the Court's Rules 16 and 26 Order.

                                          /s/ Jana L. Korhonen
                                          Counsel for Waffle House, Inc.

APPROVED:

    This ___ day of _____, 2010.

    _____
    W. LOUIS SANDS, JUDGE
    UNITED STATES DISTRICT COURT