IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| AMBER DIANE SOUTH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION ) FILE NO. 1:10-CV-18-WLS |
| WAFFLE HOUSE, INC., and DOYLE SPEARS, | ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANT WAFFLE HOUSE, INC. AND
PLAINTIFF AMBER SOUTH'S JOINT STIPULATION
REGARDING DISCOVERY RESPONSES AND FEE PETITION**

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, Plaintiff Amber Diane South ("Plaintiff") and Defendant Waffle House, Inc. ("Waffle House") (collectively the "parties") stipulate and agree to the following:

1. <u>Discovery Responses</u>. The parties have stipulated and agreed that Plaintiff will produce any documents responsive to Waffle House's First Request for Production of Documents that have not yet been produced to the undersigned counsel for Waffle House and will execute the Patient Authorization for Disclosure and Use of Health Care Information and submit the same to Waffle House's counsel on or before **Monday, February 7, 2011.**

2243235v1

2. <u>Fee Petition</u>. The parties intend to explore the possibility of settlement. The parties' settlement discussions may obviate the need for actual monetary payment of Waffle House's reasonable costs and attorneys' fees under the Court's Order granting Waffle House's Motion to Compel (Doc. 17) and Second Motion to Compel (Doc. 18). Accordingly, the deadline for Waffle House to submit its reasonable costs and attorneys' fees in connection with those Motions shall be extended to and include **Monday, February 28, 2011**.

Respectfully submitted, this 24th day of January, 2011.

/s/
James Finkelstein
606 Baldwin Drive
Albany, Georgia 31707
Telephone: (229) 436-7824

Counsel for Plaintiff

/s/ Jana L. Korhonen
Richard Gerakitis
State Bar No. 291389
richard.gerakitis@troutmansanders.com
Jana L. Korhonen
State Bar No. 100125
jana.korhonen@troutmansanders.com
Troutman Sanders LLP
600 Peachtree Street, N.E.
Suite 5200
Atlanta, Georgia 30308
Telephone: 404-885-3000

Counsel for Defendant Waffle House, Inc.

2243235v1

## CERTIFICATION OF SIGNATURES

I certify that the originally executed document contains the signatures of all filers indicated herein and therefore represents consent for submission of this document to the Court.

/s/ Jana L. Korhonen
Counsel for Waffle House, Inc.

2243300v1