RICHARD GERAKITIS
404.885.3328 telephone
404.962.6568 facsimile
richard.gerakitis@troutmansanders.com



TROUTMAN SANDERS LLP
Attorneys at Law
Bank of America Plaza
600 Peachtree Street NE, Suite 5200
Atlanta, Georgia  30308-2216
404.885.3000 telephone
troutmansanders.com

February 28, 2011

**VIA ELECTRONIC FILING**

The Honorable W. Louis Sands
Attn: Joan King
U.S. District Court for the Middle District of Georgia
201 West Broad Street
Albany, Georgia 31701

      Re:    ***Amber Diane South v. Waffle House, Inc. et al.***
               **United States District Court for the Middle District of Georgia, Albany Division**
               **Civil Action File No. 1:10-CV-18-WLS**

Dear Ms. King:

      This letter confirms our telephone conversation regarding the above-styled action, which Waffle House, Inc. and Amber Diane South have agreed to settle.  The Court granted attorneys' fees to Waffle House, Inc. in connection with its Motions to Compel.  However, in light of settlement, we are not going to submit affidavits for fees, which affidavits are due today.

      We will file the Stipulation of Dismissal with the Court promptly.

                                    Sincerely,

                                    */s/ Richard Gerakitis*

                                    Richard Gerakitis

cc:     Jana Korhonen (via electronic filing)
         James Finklestein (via electronic filing)