IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| AMBER DIANE SOUTH, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. 1:10-CV-18-WLS |
| WAFFLE HOUSE, INC., and DOYLE ) | |
| SPEARS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW AMBER DIANE SOUTH, Plaintiff in the above-styled action, and WAFFLE HOUSE, INC., a Defendant in the above-styled action, and file this Stipulation of Dismissal with Prejudice, dismissing all claims against Waffle House, Inc. in the above-styled action, specifically with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Settlement Agreement and Release of All Claims entered into by South and Waffle House, Inc. Defendant Doyle Spears, who has not appeared in this action, is not a party to this Stipulation. Each party shall bear its own costs and attorney's fees.

Dated: March 15, 2011.

*/s/ James Finkelstein*
James Finkelstein
State Bar No. 261375
606 Baldwin Drive
Albany, Georgia 31707
(229) 436-7824 (phone)
(229) 436-5657 (facsimile)

Counsel for Plaintiff
Amber Diane South

*/s/ Jana L. Korhonen*
Robert D. Howell
State Bar No. 372598
robert.howell@southgalaw.com
THE HOWELL LAW FIRM
800 First Street, SE
Moultrie, Georgia 31768
(229) 985-5300 (phone)
(229) 891-3378 (facsimile)

Richard Gerakitis
State Bar No. 291389
richard.gerakitis@troutmansanders.com
Jana L. Korhonen
State Bar No. 100125
jana.korhonen@troutmansanders.com
TROUTMAN SANDERS LLP
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404) 885-3106 (phone)
(404) 962-6804 (facsimile)

Counsel for Defendant
Waffle House, Inc.

I certify that the originally executed document contains the signatures of all filers indicated herein and therefore represents consent for filing of this document.

*Jana L. Korhonen*
Jana L. Korhonen
Counsel for Defendant
Waffle House, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| AMBER DIANE SOUTH,               )<br>                                                )<br>         Plaintiff                             )<br>                                                )<br> v.                                             )<br>                                                )<br> WAFFLE HOUSE, INC., and DOYLE  )<br> SPEARS,                                  )<br>                                                )<br>         Defendants.                      )<br>                                                ) | CIVIL ACTION<br>FILE NO. 1:10-CV-18-WLS |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2011, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> James Finkelstein
> jnfinkelstein@bellsouth.net
> 606 Baldwin Drive
> Albany, Georgia 31707

*Jana L. Korhonen*
Jana L. Korhonen
Counsel for Defendant
Waffle House, Inc.

2251906v4